E-FILED
Wednesday, 11 January, 2012  10:11:19 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| JULIA WAELDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 11-3394 |
| | ) | |
| QUINCY HOUSING AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

RICHARD MILLS, U.S. District Judge:

Pending is the Defendant's Motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of the motion, Defendant Quincy Housing Authority alleges that Plaintiff Julia Waelder's Complaint alleging "housing discrimination" should be dismissed because it does not include "a short and plain statement of the claim showing that the pleader is entitled to relief," as required by Rule 8(a)(2). The Defendant further asserts that the Complaint should be dismissed because the Plaintiff does not say whether her claim pursuant to 42 U.S.C. § 1983 is of a constitutional nature or

statutory nature.

Although the Complaint contains general factual allegations and almost no detail, the Court notes that the Plaintiff is proceeding pro se. Moreover, the basis of her allegations and nature of the claim will presumably become apparent during discovery.

Given the liberal notice pleading requirements of Rule 8 and the Plaintiff's pro se status, the Court will Deny the motion to dismiss.

Ergo, the Defendant's Motion to dismiss [d/e 7] is DENIED. The Clerk is Directed to terminate the Plaintiff's Motion to continue [d/e 10] and Motion to proceed [d/e 12].

This matter is referred to Judge Cudmore for the purpose of entering a Scheduling Order.

ENTER: January 11, 2012

                FOR THE COURT:

                            s/Richard Mills
                            United States District Judge